Michael A. Taitelman, Esq. (CA SBN 156254)
Steven B.F. Stiglitz, Esq. (CA SBN 222667)
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
E-mail:       mtaitelman@ftllp.com
              sstiglitz@ftllp.com

Attorneys for Plaintiff BM Real Estate Services, Inc. dba Priority Financial Network

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BM REAL ESTATE SERVICES, INC. D BM REAL ESTATE SERVICES, INC. DBA PRIORITY FINANCIAL NETWORK, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　-against-<br><br>ANGEL OAK MORTGAGE SOLUTIONS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants, | Case No. 2:20-cv-3974<br>Hon. Karen Stevenson<br><br>**STIPULATION RE: DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)** |

Plaintiff BM Real Estate Services, Inc. d/b/a Priority Financial Network ("Priority Financial") and defendant Angel Oak Mortgage Solutions, LLC ("Angel Oak"), by and through their respective counsel of record, hereby stipulate and request an Order that the above-entitled action be dismissed in its entirety with prejudice, subject to the Court retaining jurisdiction to enforce the parties' settlement agreement.

**IT IS SO STIPULATED.**

DATED: December 4, 2020

EVERSHEDS SUTHERLAND (US) LLP

By: /s/ Ian S. Shelton
Ian S. Shelton
Attorneys for Defendant
Angel Oak Mortgage Solutions, LLC

DATED: December 4, 2020

FREEDMAN + TAITELMAN, LLP[1]

By: /s/ Steven B.F. Stiglitz
Michael A. Taitelman
Steven B.F. Stiglitz
Attorneys for Plaintiff
BM Real Estate Services, Inc. dba
Priority Financial Network

---

[1] Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), filing counsel attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.