1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BM REAL ESTATE SERVICES, INC. D BM REAL ESTATE SERVICES, INC. DBA PRIORITY FINANCIAL NETWORK, a California corporation,<br><br>Plaintiff,<br><br>-against-<br><br>ANGEL OAK MORTGAGE SOLUTIONS LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants, | Case No. 2:20-cv-3974<br>Hon. Karen Stevenson<br><br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Joint Stipulation filed on or about December 4, 2020 and Federal Rule of Civil Procedure 41(a)(1)(ii), the Court hereby issues the following ORDER:

This action hereby is dismissed in its entirety, with prejudice; and

This Court hereby retains jurisdiction of the above-captioned action solely for the purpose of enforcing the parties' settlement agreement.

IT IS SO ORDERED.

DATED: December 7, 2020

_____
Hon. Karen L. Stevenson
United States Magistrate Judge